UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
                                    )         Mag. No. **21-1260**

v.                        )         Violation No. E1117957
                                    )
Katiria M. Ortiz       )         Misdemeanor Class A VIOLATION
                                    )

Offense on a Federal Reservation

Before the Honorable Douglas Arpert, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Camila Garces, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 19th day of July 2021, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, Katiria M. Ortiz, did at approximately 11:38 hours, at:

Harthshorne Drive

Knowingly possess a controlled dangerous substance, to wit:

Psilocybin (Mushrooms) in violation of 21 USC 844(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

/s/ Camila Garces
CAMILA GARCES
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

12/14/2021
DATE

HONORABLE DOUGLAS ARPERT
U.S. MAGISTRATE JUDGE

12/15/21 NK 1/26/22